UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-690(JMR/FLN)

EHW Properties )
)
v. ) ORDER
)
City of Eagan )

Before the Court are the parties' cross-motions for summary judgment. The Court heard oral argument on April 6, 2001. Based on the files, records, and proceedings herein, IT IS ORDERED that:

1. Plaintiff's motion for summary judgment [Docket No. 13] is denied.

2. Defendant's motion for summary judgment [Docket No. 18] is denied.

Dated: May 17 16, 2001

JAMES M. ROSENBAUM
United States District Judge

MAY 18 2001

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK