**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

EHW Properties

Plaintiff,

v.

City of Eagan,

Defendant.

Court File No. 00-CV-690 (JMR/FLN)

**STIPULATION AND ORDER FOR DISMISSAL**

---

The parties, through their respective counsel, based upon their settlement agreement, agree and stipulate that all claims in this Action are hereby dismissed, on the merits and with prejudice, and with each of the parties bearing its own costs and attorneys' fees.

Date: 1/25, 2002

John E. Drawz, Esq. (# 24326)
Richard D. Snyder, Esq. (# 191292)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Telephone: (612) 347-7074/7145
Fax: (612) 347-7077

**Attorneys for Plaintiff**

Date: Jan 30, 2002

Clifford M. Greene, Esq. (# 37436)
John M. Baker, Esq. (# 174403)
**GREENE, ESPEL, P.L.L.P.**
333 South Seventh Street, Suite 1700
Telephone: (612) 373-0830
Fax: (612) 373-0929

**Attorneys for City of Eagan**

FILED FEB - 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

**ORDER**

Based on the stipulation of the parties, and the court being duly advised in the premises,

**IT IS HEREBY ORDERED** that all claims in this action as between and among the parties to this stipulation are hereby dismissed, on the merits and with prejudice, and with all parties bearing their own cost.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 5th, 2001.

James M. Rosenbaum
United States District Court Judge